FILED'10 MAY 12 14:15USDC·ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

STEVEN FEHLMAN, PERSONAL          10-CV-122-ST
REPRESENTATIVE for the ESTATE
of CHASE M. FEHLMAN, and          ORDER
INDIVIDUALLY; TAYLOR F. FEHLMAN,
by his GUARDIAN AD LITEM
STEVEN FEHLMAN; and A. McCAFFREY
as PERSONAL REPRESENTATIVE for
the ESTATE OF BONNIE B. FEHLMAN,

       Plaintiffs,

v.

A. McCAFFREY, ADMINISTRATOR of
the ESTATE OF BONNIE B. FEHLMAN;
GERALD LEE McGEE, Sr.;
INTERSTATE WOOD PRODUCTS, INC.,
a Foreign Corporation; and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a Foreign
Corporation,

       Defendants.


BROWN, Judge.

Magistrate Judge Janice M. Stewart issued Findings and

1 - ORDER

Recommendation (#19) on April 14, 2010, in which she recommends this Court grant Plaintiffs' Motion (#9) to Remand and deny Plaintiffs' request for attorneys' fees and costs. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#19). Accordingly, the Court **GRANTS** Plaintiffs' Motion (#9) to Remand, **DENIES** Plaintiffs' request for attorneys' fees and costs, and **REMANDS** this matter to state court.

IT IS SO ORDERED.

DATED this 12th day of May, 2010.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER